# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sheilah Hunter,<br><br>    Plaintiff,<br><br>v.<br><br>Midland Funding LLC,<br><br>    Defendant. | No. CV-17-00049-PHX-ROS<br><br>**ORDER** |

The Court having received notice that this case has settled in its entirety (Doc. 22),

**IT IS ORDERED** the Clerk shall dismiss this entire case with prejudice and without further notice to the parties on May 30, 2017, and shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that all pending motions and stipulations are **DENIED** without prejudice as moot and all pending deadlines are vacated.

**IT IS FURTHER ORDERED** the Scheduling Conference set for June 30, 2017, at 1:30 PM is **VACATED**.

Dated this 27th day of April, 2017.

Honorable Roslyn O. Silver
Senior United States District Judge